U.S.

v.

Gene N. WILLIAMS

No. 17-0285/AR

U.S. Court of Appeals for
the Armed Forces.

August 29, 2017

CCA 20130582

DAILY JOURNAL

Interlocutory Orders

Appellant's motion to extend time to file a reply brief granted to September 8, 2017.

U.S.

v.

Thomas C. FLESHER

No. 17-0438/AR

U.S. Court of Appeals for
the Armed Forces.

August 29, 2017

CCA 20110449

DAILY JOURNAL

Petitions for Grant of Review Denied

Jeremy E. HASSETT, Appellant

v.

UNITED STATES, Appellee

No. 17-0574/NA

U.S. Court of Appeals for
the Armed Forces.

August 29, 2017

CCA 201600118

DAILY JOURNAL

Miscellaneous Docket—Filings

Notice is hereby given that a writ-appeal petition for review of the decision of the United States Navy-Marine Corps Court of Criminal Appeals on application for extraordinary relief was filed under Rule 27(b) on this date.

U.S.

v.

Joseph A. LANCINA

No. 17-0570/NA

U.S. Court of Appeals for
the Armed Forces.

August 30, 2017

CCA 20160242

DAILY JOURNAL

Interlocutory Orders

Appellant's motion to extend time to file the supplement to the petition for grant of review granted to September 18, 2017.

